NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVERY PENNY COUNTS, INC.,**
*Plaintiff-Appellant,*

v.

**BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.,**
*Defendants-Appellees.*

---

2009-1442

---

Appeal from the United States District Court for the Middle District of Florida in case no. 07-CV-00042, Judge Jon E. Steele.

---

## ON MOTION

---

## ORDER

Upon consideration of Every Penny Counts, Inc.'s motion for a 30-day extension of time, until March 2, 2011, to file its opening brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

For The Court

JAN 2 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harvey S. Kauget, Esq.
Steven C. Cherny, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2011

JAN HORBALY
CLERK